IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent for FRANKLIN COMMUNITY FEDERAL CREDIT UNION, | )<br>)<br>)<br>)<br>)<br>) | CIV. NO. 88-0-819 |
| Plaintiff, | )<br>) | ORDER FOR ISSUANCE OF WRIT OF EXECUTION |
| vs. | )<br>) | |
| LAWRENCE E. KING, JR., | )<br>) | |
| Defendant. | ) | |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 FEB -8  PM 1: 59

OFFICE OF THE CLERK

The Plaintiff has filed an Application for Writ of Execution directed to the United States Marshal for the District of Nebraska.

Judgment was entered by this court against the Defendant and in favor of the Plaintiff for the principal sum of $38,892,670.00 plus interest. The judgment remains unsatisfied.

Pursuant to Fed. R. Civ. P. 69(a) and Neb. Rev. Stat. § 25-1516 (Reissue 1989),

IT IS ORDERED that:

1. The Application for Writ of Execution is granted;

2. The United States Marshal for the District of Nebraska is ordered to satisfy the judgment entered herein in favor of the Plaintiff out of the goods and chattels of the Defendant located within the District of Nebraska and for want of goods and chattels cause satisfaction to be made out of the lands and tenements of the Defendant located within the District of Nebraska.

DATED this _8_ day of February, 2006.

BY THE COURT:

_____
United States District Court Judge

208785-1