IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent for FRANKLIN COMMUNITY FEDERAL CREDIT UNION, | ) ) ) ) ) ) | 8:88CV819 |
| Plaintiff, | ) ) | **ORDER FOR ISSUANCE OF WRIT OF EXECUTION** |
| V. | ) ) | |
| LAWRENCE E. KING, JR., | ) ) | |
| Defendant. | ) ) | |

Plaintiff has filed an Application for Writ of Execution directed to the United States Marshal for the District of Nebraska (filing 264). Judgment was entered by this court against Defendant and in favor of Plaintiff for the principal sum of $38,892,670.00 plus interest. The judgment remains unsatisfied.

Pursuant to Fed. R. Civ. P. 69(a) and Neb. Rev. Stat. § 25-1516 ,

IT IS ORDERED that:

1. The Application for Writ of Execution (filing 264) is granted;

2. The United States Marshal for the District of Nebraska is ordered to satisfy the judgment entered herein in favor of Plaintiff out of the goods and chattels of Defendant located within the District of Nebraska and for want of goods and chattels cause satisfaction to be made out of the lands and tenements of Defendant located within the District of Nebraska.

November 15, 2010.

            BY THE COURT:
            *Richard G. Kopf*
            United States District Judge